# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Sacred Heart of Jesus Parish, Grand Rapids, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Dana Nessel, in her official capacity as Attorney General of Michigan, et al., <br><br> Defendant(s). | Civil Action No. <u>1:22-cv-1214</u> |

## RETURN OF SERVICE

Came to my hand on **Friday, January 6, 2023 at 12:13 PM,**
Executed at: **525 W. OTTAWA ST., LANSING, MI 48906**
at **11:52 AM,** on **Friday, January 13, 2023,**
by delivering to the within named:

**DANA NESSEL IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MICHIGAN**

by personally delivering to **Division Chief, BRADLEY K. MORTON**
a true copy of this

**SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT with INDEX OF EXHIBITS TO VERIFIED COMPLAINT and EXHIBITS 1 through 12, DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST, PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, PLAINTIFFS' BRIEF IN SUPPORT OF THEIR PRELIMINARY INJUNCTION MOTION, DECLARATION OF REV. RONNIE P. FLOYD, STL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, DECLARATION OF PLAINTIFF ROBIN HATLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, DECLARATION OF PLAINTIFF RENEE BOUTELL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, DECLARATION OF PLAINTIFF KATIE UGOLINI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, CASE ASSIGNMENT REVIEW, NOTICE REGARDING ASSIGNMENT OF CASE**

**BEFORE ME,** the undersigned authority, on this day personally appeared ANGELA VERMILLION who after being duly sworn on oath states: "My name is ANGELA VERMILLION. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Michigan. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**ANGELA VERMILLION** – Process Server

Subscribed and Sworn to by ANGELA VERMILLION, Before Me, the undersigned authority, on this ____ day of January, 2023.

JAMIE MILBURN
NOTARY PUBLIC, STATE OF MI
COUNTY OF INGHAM
MY COMMISSION EXPIRES Aug 27, 2025
ACTING IN COUNTY OF Eaton

_____
Notary Public in and for the State of Michigan