## Return of Service

### UNITED STATES DISTRICT COURT
### Western District of Michigan

Sacred Heart of Jesus Parish, Grand Rapids; et al.
   Plaintiff

Case Number: 1:22-cv-1214

vs.

Dana Nessel, in her official capacity as Attorney
General of Michigan; et al.
   Defendant

On behalf of:
Alliance Defending Freedom
440 1st St NW, Suite 600
Washington, DC 20001

Received by Cavalier to be served on Zenna Faraj Elhason, in her official capacity as Member of the Michigan Civil Rights Commission, at 3054 West Grand Boulevard, Suite 3-600, Detroit, MI 48202.

I, Miguel Bruce, being duly sworn, depose and say that on January 17, 2023 at or about 1:38 PM I served Summons & Verified Complaint with Exhibits 1-12; Plaintiff's Motion for Preliminary Injunction; Plaintiff's Brief in Support of Their Preliminary Injunction Motion; Declaration of Rev. Ronnie P. Floyd, STL in Support of Plaintiff's Motion for Preliminary Injunction; Declaration of Plaintiff Robin Hatley in Support of Plaintiff's Motion for Preliminary Injunction; Declaration of Plaintiff Renee Boutell in Support of Plaintiff's Motion for Preliminary Injunction; Declaration of Plaintiff Katie Ugolini in Support of Plaintiff's Motion for Preliminary Injunction; Case Assignment Review; Notice Regarding Assignment of Case to Catherine Colbert as Administrative Support / Person Found in Charge at Detroit Executive Office/Service Center, 3054 West Grand Boulevard Suite 3-600 Detroit, MI 48202, being of suitable position and discretion to accept service in the absence of Zenna Faraj Elhason. Upon information and belief, Detroit Executive Office/Service Center, 3054 West Grand Boulevard Suite 3-600 Detroit, MI 48202 is the usual place of business or employment of Zenna Faraj Elhason.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Miguel Bruce     Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2023-105938