UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SACRED HEART OF JESUS PARISH, GRAND RAPIDS; JERRY AND ROBIN HATLEY; JOSEPH AND RENEE BOUTELL; and PETER and KATIE UGOLINI, | No. 1:22-cv-1214 |
| **Plaintiffs,** | HON. JANE M. BECKERING |
| v | MAGISTRATE JUDGE RAY KENT |
| DANA NESSEL, in her official capacity as Attorney General of Michigan; JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights; PORTIA L. ROBERSON, ZENNA FARAJ ELHASON, GLORIA E. LARA, REGINA GASCO-BENTLEY, ANUPAMA KOSARAJU, RICHARD CORRIVEAU, DAVID WORTHAMS and LUKE R. LONDO, in their official capacities as members of the Michigan Civil Rights Commission, | **STIPULATED ORDER EXTENDING BRIEFING DEADLINES** |
| **Defendants.** | |

_____

| | |
|---|---|
| David A. Cortman, Arizona Bar No. 029490 | Kimberly Pendrick (P60348) |
| Ryan J. Tucker, Arizona Bar No. 034382 | Tonya Celeste Jeter (P55352) |
| Katherine L. Anderson, Arizona Bar 033104 | Assistant Attorneys General |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Alliance Defending Freedom | 3030 West Grand Boulevard |
| 15100 N. 90th Street | Detroit, Michigan 48202 |
| Scottsdale, Arizona 85260 | 313.456.0200 |
| 480.444.0020 | pendrickk@michigan.gov |
| 480.444.0028 (facsimile) | jetert@michigan.gov |
| rtucker@ADFlegal.org, kanderson@ADFlegal.org | |
| | |
| John J. Bursch (P57679) | |
| Hailey M. Vrdolyak, Illinois Bar No. 6333515 | |
| Attorneys for Plaintiffs | |
| Alliance Defending Freedom | |
| 440 First Street, NW, Suite 600 | |
| Washington, DC 20001 | |
| 202.393.8690 | |
| jbursch@ADFlegal.org, hvrdolyak@ADFlegal.org | |

_____/

## STIPULATED ORDER EXTENDING DEADLINES FOR DEFENDANTS TO FILE RESPONSIVE DOCUMENTS

The parties, by and through their respective counsel, hereby stipulate and agree to the following extensions of briefing deadlines and cessation of certain actions during the pendency of Plaintiffs' Motion for Preliminary Injunction.

### A. Motion to Dismiss

- Defendants' Motion to Dismiss in lieu of an answer to Plaintiffs' Complaint must be filed no later than on February 28, 2023.

- Plaintiffs' response to Defendants' Motion to Dismiss must be filed no later than on March 28, 2023.

- Defendants' reply to Plaintiffs' response to their Motion to Dismiss must be filed no later than on April 11, 2023.

### B. Motion for Preliminary Injunction (ECF No. 4)

- Defendants' response to Plaintiffs' Motion for Preliminary Injunction must be filed no later than on February 28, 2023.

- Plaintiffs' reply to Defendants' response to their Motion for Preliminary Injunction must be filed no later than on March 28, 2023.

### C. General Agreement

- Defendants will not contend that Plaintiffs' stipulation to this extension of time constitutes a delay justifying the denial of preliminary injunctive relief.

**D. Agreement During Pendency of Plaintiffs' Motion for Preliminary Injunction (ECF No. 4)**

- Defendant Attorney General of Michigan Dana Nessel will not take any action against Sacred Heart under the Equal Accommodations Act (MCL 750.146) related to sexual orientation or gender identity.

- Defendant Michigan Civil Rights Commission and Defendant Michigan Department of Civil Rights will not take any independent action to investigate Sacred Heart related to sexual orientation or gender identity.

- If citizens file complaints against Sacred Heart regarding discrimination based on sexual orientation and gender identity, Defendant Michigan Department of Civil Rights will (1) intake the complaints, (2) assign a case number to the complaints, and (3) place the matters in stay during the pendency of Plaintiffs' Motion for Preliminary Injunction.

The parties respectfully request this Honorable Court enter an order approving this stipulation.

IT IS SO ORDERED.

/s/ Jane M. Beckering
_____
HON. JANE M. BECKERING
United States District Judge

Dated: February 3, 2023

**Stipulated and agreed to by:**

s/David A. Cortman (w/permission)                     Date:   February 2, 2022
David A. Cortman, Arizona Bar No. 029490
Ryan J. Tucker, Arizona Bar No. 034382
Katherine L. Anderson, Arizona Bar 033104
Attorneys for Plaintiffs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
480.444.0020
rtucker@ADFlegal.org
kanderson@ADFlegal.org


s/John J. Bursch (w/permission)                       Date:   February 2, 2022
John J. Bursch (P57679)
Hailey M. Vrdolyak, Illinois Bar No. 6333515
Attorneys for Plaintiffs
Alliance Defending Freedom
440 First Street, NW, Suite 600
Washington, DC 20001
202.393.8690
jbursch@ADFlegal.org
hvrdolyak@ADFlegal.org


*Cassandra Drysdale-Crown*                            Date:   February 2, 2022
Kimberly K. Pendrick (P60348)
Tonya Celeste Jeter (P55352)
Cassandra A. Drysdale-Crown (P64108)
Assistant Attorneys General
Attorneys for Defendants
3030 West Grand Boulevard
Detroit, Michigan 48202
313.456.0200
pendrickk@michigan.gov
jetert@michigan.gov
drysdalecrownc@michigan.gov