UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SACRED HEART OF JESUS PARISH,
GRAND RAPIDS, et al.,

    Plaintiffs,

v.

DANA NESSEL, et al.,

    Defendants.
_____/

Case No. 1:22-cv-1214

HON. JANE M. BECKERING

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that the Verified Complaint is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

This case is closed.

Dated: August 22, 2023

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge