IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Sacred Heart of Jesus Parish, Grand Rapids; Jerry Hatley; Robin Hatley; Joseph Boutell; Renee Boutell; Peter Ugolini; and Katie Ugolini,** | |
| Plaintiffs, | **Case No. 1:22-cv-01214-JMB-PTG** |
| v. | **Notice of Appeal** |
| **Dana Nessel,** in her official capacity as Attorney General of Michigan; **John E. Johnson, Jr.,** in his official capacity as Executive Director of the Michigan Department of Civil Rights; **Portia L. Roberson, Zenna Faraj Elhason, Gloria E. Lara, Richard Corriveau, David Worthams,** and **Luke Londo** in their official capacities as members of the Michigan Civil Rights Commission. | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs Sacred Heart of Jesus Parish, Grand Rapids; Jerry Hatley; Robin Hatley; Joseph Boutell; Renee Boutell; Peter Ugolini; and Katie Ugolini hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final Judgment (ECF No. 45) entered on August 22, 2023 and the Opinion and Order (ECF No. 44) granting Defendants' 12(b)(1) motion to dismiss, denying Plaintiffs' motion for a preliminary injunction, and denying Plaintiffs' motion for leave to file a supplemental brief, entered on August 22, 2023.

1

Respectfully submitted this 23rd day of August, 2023.


By: s/ John J. Bursch

David A. Cortman                          John J. Bursch
Arizona Bar No. 029490                    Michigan Bar No. P57679
Ryan J. Tucker                            Hailey M. Vrdolyak
Arizona Bar No. 034382                    Illinois Bar No. 6333515
Katherine L. Anderson                     ALLIANCE DEFENDING FREEDOM
Arizona Bar No. 033104                    440 First Street NW, Suite 600
ALLIANCE DEFENDING FREEDOM                Washington, DC 20001
15100 N. 90th Street                      (202) 393-8690
Scottsdale, AZ 85260                      (202) 347-3622 (fax)
(480) 444-0020                            jbursch@ADFlegal.org
(480) 444-0028 (fax)                      hvrdolyak@ADFlegal.org
dcortman@ADFlegal.org
rtucker@ADFlegal.org
kanderson@ADFlegal.org


*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on August 23, 2023, I electronically filed the foregoing document with the Clerk of Court and that the foregoing document will be served via the CM/ECF system on all counsel of record.

By: s/ John J. Bursch

John J. Bursch
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001

*Attorney for Plaintiffs*