UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SACRED HEART OF JESUS
PARISH, GRAND RAPIDS, et al.,

    Plaintiffs,

v.

                      Case No. 1:22-cv-1214

                      HON. JANE M. BECKERING

DANA NESSEL, et al.,

    Defendants.
_____/

# ORDER

This matter is before the Court on the parties' Stipulation to amend certain case management order deadlines (ECF No. 75). The Court having reviewed the filing, previously extended the deadlines (*see* ECF No. 74), and held a status conference:

**IT IS HEREBY ORDERED** that the Stipulation to amend certain case management order deadlines (ECF No. 75) is GRANTED as follows:

| | |
|---|---|
| Completion of Discovery | AUGUST 25, 2025 |
| Dispositive Motions | OCTOBER 27, 2025 |

**IT IS FURTHER ORDERED** that additional requests to extend the above deadlines will not be favored absent demonstrable good cause.

**IT IS FURTHER ORDERED** that any stipulations that would help narrow the issues in this matter, including any positions that the parties can agree are exempt, shall be filed no later than September 8, 2025.

Dated: May 6, 2025
                                                                 /s/ Jane M. Beckering
                                                                  JANE M. BECKERING
                                                                 United States District Judge